# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1468
LT Case No. 2020-DP-001573
<mark>CORRECTED</mark>

_____

G.T., FATHER OF E.T., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, of Office of
Criminal Conflict & Civil Regional Counsel, Casselberry, for
Appellant.

Kelley Schaeffer, of Department of Children and Families,
Bradenton, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and Amanda
Glass, Senior Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for the Office of the Guardian ad Litem.

Scarlett G. Davidson, of Culmer & Davidson, P.A., Rockledge, for
Foster parent.

January 5, 2024

PER CURIAM.

<mark>AFFIRMED.</mark>

EDWARDS, C.J., JAY, and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––